IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
LARY FEEZOR,                         )
                                     )   2:11-cv-02136-GEB-DAD
             Plaintiff,              )
                                     )
     v.                              )   ORDER RE: SETTLEMENT AND
                                     )   DISPOSITION
TRACY MALL PARTNERS; APPLE           )
GILROY, INC., dba APPLEBEE'S         )
NEIGHBORHOOD GRILL & BAR; OCB        )
RESTAURANT COMPANY, LLC, dba         )
HOMETOWN BUFFET #0760; BARNES &      )
NOBLE, INC., dba BARNES & NOBLE      )
BOOKSELLERS #2105,                   )
                                     )
             Defendants.             )
_____)
```

Plaintiff filed a "Notice of Settlement as to Defendant Barnes & Noble Booksellers, Inc." on November 8, 2011, in which he states: this "matter . . . has been resolved as to Defendant Barnes & Noble Booksellers, Inc. ONLY[ and t]he parties anticipate filing a Stipulation for Dismissal within four to six weeks." (ECF No. 23.)

Therefore, a Stipulation for Dismissal of Defendant Barnes & Noble shall be filed no later than December 20, 2011. Failure to respond by this deadline may be construed as consent to dismissal of this Defendant without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

Further, Plaintiff's Motion to Strike Defendant Barnes & Noble's Affirmative Defenses, which was filed on October 26, 2011, is deemed withdrawn in light of the notice of settlement; this motion may be re-noticed for hearing if no Stipulation for Dismissal is filed and this Defendant is not otherwise dismissed.

IT IS SO ORDERED.

Dated:  November 8, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge