IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
LARY FEEZOR,                        )
                                    )   2:11-cv-02136-GEB-DAD
          Plaintiff,                )
                                    )
     v.                             )   ORDER RE: SETTLEMENT AND
                                    )   DISPOSITION
TRACY MALL PARTNERS,                )
                                    )
          Defendant*.               )
_____    )
```

   Plaintiff filed a "Notice of Settlement" on June 13, 2012, in which he states: "the aforementioned matter known as Feezor v. Tracy Mall Partners, et al., . . . has been resolved. The parties anticipate filing a Stipulation for Dismissal within six to eight weeks." (ECF No. 32.)

   Therefore, a dispositional document shall be filed no later than August 10, 2012. Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to

---

  * The caption has been amended according to the dismissals of Defendants Barnes & Noble, Inc.; Apple Gilroy, Inc.; and OCB Restaurant Company, LLC. See ECF Nos. 25, 27, 31.

1

file dispositional papers on the date prescribed by the Court may be grounds for sanctions.").

IT IS SO ORDERED.

Dated: June 13, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge