```
 1
 2
 3
 4
 5
 6
 7                    IN THE UNITED STATES DISTRICT COURT
 8                   FOR THE EASTERN DISTRICT OF CALIFORNIA
 9
10   LARY FEEZOR,                      )
                                       )   2:11-cv-02136-GEB-DAD
11              Plaintiff,             )
                                       )
12         v.                          )   ORDER RE: SETTLEMENT AND
                                       )   DISPOSITION
13   TRACY MALL PARTNERS,              )
                                       )
14              Defendant*.            )
     _____ )
15
16
17         Plaintiff filed a "Notice of Settlement" on June 13, 2012, in
18   which he states: "the aforementioned matter known as Feezor v. Tracy
19   Mall Partners, et al., . . . has been resolved. The parties anticipate
20   filing a Stipulation for Dismissal within six to eight weeks." (ECF No.
21   32.)
22         Therefore, a dispositional document shall be filed no later
23   than August 10, 2012. Failure to respond by this deadline may be
24   construed as consent to dismissal of this action without prejudice, and
25   a dismissal order could be filed. See E.D. Cal. R. 160(b) ("A failure to
26
27   ─────────────────
          *    The caption has been amended according to the dismissals of
28   Defendants Barnes & Noble, Inc.; Apple Gilroy, Inc.; and OCB Restaurant
     Company, LLC. See ECF Nos. 25, 27, 31.
                                       1
```

1  file dispositional papers on the date prescribed by the Court may be
2  grounds for sanctions.").
3          IT IS SO ORDERED.
4  Dated:  June 13, 2012

                                    _____
                                    GARLAND E. BURRELL, JR.
                                    United States District Judge